IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40418
(Summary Calendar)
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO ARTURO GUERRERO,

                                        Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. L-95-CR-14)
- - - - - - - - - -
December 8, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Mario Arturo Guerrero appeals from his conviction for
possession with intent to distribute marijuana on the ground that
the district court erred by denying his motion to suppress.  He
contends that law enforcement officers did not possess reasonable
suspicion to justify the stop of his vehicle because the tip from
the confidential informant was not reliable.  We have reviewed the

_____

     [*]     Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

record and the district court's opinion and find no reversible error.  Accordingly, we affirm for essentially the reasons given by the district court.

AFFIRMED.